# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BUCKENBERGER | |
| VERSUS | CIVIL ACTION |
| | 20-285-SDD-SDJ |
| LOUISIANA STATE PENITENTIARY | |

### **RULING**

The Court has carefully considered the *Motion for Summary Judgment*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated January 8, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion*[3] is hereby GRANTED and the Plaintiff's claims are hereby dismissed, without prejudice, for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential state law claims and this action is hereby dismissed, and all other pending motions are denied as moot.

Signed in Baton Rouge, Louisiana on February 3, 2021.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 69.
[2] Rec. Doc. 80.
[3] Rec. Doc. 69.